Matilda V. Crowe, Appellant, v. Eugene F. Crowe, Respondent.— Order reversed and report of the referee confirmed, with costs, on the ground that the evidence does not show collusion.  Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Putnam, J., voted to affirm.

Albert A. Ebbecke, Appellant, v. India Wharf Brewing Company, Respondent.— Judgment unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Empire Garage Company, Respondent, v. The White Company, Appellant.— Judgment and orders reversed, without costs, on the ground that the judgment entered in the Supreme Court was after a trial in the County Court, which had no jurisdiction to try the case.  Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

John Faigle, Respondent, v. Henry Bockroth and Robert T. Buttelman, Appellants.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Julia Ferry, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present —Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

First National Bank of Detroit, Michigan, Appellant, v. Harry B. Hollins and Others, Respondents.— Order reversed as to defendant Govin, with ten dollars costs and disbursements.  Defendants' motion to strike out the second amended complaint denied, with ten dollars costs.  The precise averment that the written part of the agreement alleged in paragraph 19 is contained in the two letters set forth, and that all else beyond the terms of the letters is oral, renders the complaint, as so amended, sufficiently definite and certain.  Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Michael W. Flynn, Respondent, v. New York, Westchester and Boston Railway Company, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Frederic de Peyster Foster and Another, as Trustees, etc., Respondents, v. Helen Schermerhorn Morris and Others, Respondents, Impleaded with Harriet E. Kingsland, Individually and as Executrix, etc., Appellant.— Judgment affirmed, with costs to plaintiffs, respondents, payable out of the trust fund in their hands payable to the heirs at law and next of kin of Henry P. Kingsland, deceased.  No opinion.  Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Morten B. Hansen, Respondent, v. William G. Pigueron, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Harriet E. Haring, Respondent, v. The Brooklyn Heights Railroad Company and Harry L. Leggatt, Appellants.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Virginia Woodbury Lowery Brunetti, Appellant, for a Peremptory Writ of Mandamus, Directed to Daniel Moynahan, Collector of Assessments and Arrears, Respondent, etc.